187

BEFORE THE THIRD DIVISION, JANUARY 28, 1963

**No. 67382.**—R E A Express *v.* United States, protest 62/4888 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 67383.**—M. S. Cowen Co. *v.* United States, protest 279716–K (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 CCPA 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 30, 1963

**No. 67384.**—New York Merchandise Co., Inc. *v.* United States, protest 62/4408 (Portland, Oreg.).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67385.**—Transamerican Match Corporation *v.* United States, protest 62/14296 (Galveston).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 30, 1963

**No. 67386.**—Universal Builders Supply Co., Inc. *v.* United States, protests 295690–K, 295692–K, and 316074–K (New York).